# ALABAMA COURT OF CRIMINAL APPEALS



May 2, 2025

**CR-2024-0203**
Edward Lakeith Woods v. State of Alabama (Appeal from Escambia Circuit Court: CC-05-363.62)

## <u>NOTICE</u>

You are hereby notified that on May 2, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk